UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KHWAJA, an individual and ISHA DEEN, an individual,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana Corporation, and Does 1 through 50, inclusive,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 3:23-cv-00717-JO-SBC<br><br>**ORDER ON REQUEST FOR JUDICIAL NOTICE AND PARTIAL ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

On August 21, 2024, the Court issued its partial ruling on the parties' cross-motions for summary judgment on the record. For the reasons stated on the record, the Court GRANTS Defendant, Federal Insurance Company's ("Federal") Request for Judicial Notice. Dkt. 23-1. The Court also OVERRULES Plaintiffs, Kevin Khwaja and Isha Deen ("the Deens"), objection to the Declaration of Eoin L. Kreditor, Dkt. 23-18. Dkt. 32-3. Finally, because the Court did not rely on them, the Court OVERRULES as moot Federal's objection to the Declaration of Kevin Khwaja, Dkt. 24-2, and of the Declaration of Thomas P. Quinn, Dkt 24-3 for the purposes of this partial ruling. Dkts. 31-5, 36-2.

With regard to the parties' cross-motions for summary judgment, as stated on the record, the Court holds that Federal was not relieved of its duty to defend the Deens against cross-claims raised in the state court case, *Deen v. Deen*, 37-2016-00022636-CU-OR-NC, on account of its Covered Persons and Dependents Exclusion.  The Court also holds that the cross-complaint in the state court case, *Deen v. Fitzgerald Yap Kreditor LLP*, 37-2021-00015644-CU-FR-NC, did potentially raise a malicious prosecution against the Deens, but did not potentially raise a defamation claim.

The Court takes under submission the issue of whether Federal had a duty to defend the Deens on account of Federal's Intentional Acts Exclusion in both *Deen v. Deen* and *Deen v. Fitzgerald Yap Kreditor LLP*.  The Court invites the parties to submit supplemental briefing on this issue on or by Wednesday, August 28, 2024 and responsive supplemental briefing on or by Wednesday, September 4, 2024.  The Court will later issue a written order on this final issue, which will determine the outcome of the parties' cross-motions for summary judgment.  Dkts. 23, 24.  The Court RESERVES on Federal's objection to elements of the Declaration of Kevin Khwaja, Dkt. 24-2, and of the Declaration of Thomas P. Quinn, Dkt 24-3, to the extent this evidence is pertinent in deciding the issue under submission.  Dkts. 31-5, 36-2.

**IT IS SO ORDERED**.

Dated:  August 21, 2024

_____
Honorable Jinsook Ohta
United States District Judge